**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**
UNITED STATES COURTHOUSE
200 N.W. 4th (Fourth & Harvey), OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 301 - 3rd Floor

**DECEMBER CRIMINAL TRIAL DOCKET
BEFORE CHIEF JUDGE VICKI MILES-LaGRANGE**

**TUESDAY, DECEMBER 1, 2015**

"VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"

**NOTICE TO ALL COUNSEL:** Counsel are *REQUIRED* to appear at docket call at **2:00 p.m. on MONDAY, November 23, 2015**, regardless of where their case appears on the docket.

**Three copies** of typewritten lists of **witnesses and exhibits** are to be given to the Courtroom Deputy on the first day of trial.  Exhibits are to be marked numerically, prior to trial.

| | | |
|---|---|---|
| CR-14-306-M | United States of America | Don Gifford |
| | | David Petermann |
| | v. | |
| | Michael Dean Billings | Danny White |
| CR-15-193-M | United States of America | Arvo Mikkanen |
| | | Lori Hines |
| | v. | |
| | George Edmond Walker | Susan Otto, Jeff Byers |
| | Anne Marie Johnson | Joseph Shannonhouse IV |
| CR-15-194-M | United States of America | Jessica Jarvis |
| | | Mark Yancey |
| | v. | |
| | Laura Anne Ross | Paul Faulk |
| CR-15-206-M | United States of America | Arvo Mikkanen |
| | v. | |
| | Phillip Mark Olivates | Bill Earley |