# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **NOTICE OF HEARING** |
| ) | |
| v.   ) | Case No.: CR-14-306-M |
| ) | |
| MICHAEL DEAN BILLINGS,   ) | |

**"NOTICE - A PHOTO I.D. IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"**

Type of Case      ☐ CIVIL      ☒ CRIMINAL

☒ *TAKE NOTICE* - That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 301   (3rd Floor)** |
| | **Date and Time**<br>**November 12, 2015 at 10:30 a.m.** |

TYPE OF PROCEEDING

## CHANGE OF PLEA

**ATTN: Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office <u>immediately after the plea hearing</u>. The interview ordinarily takes 1 1/2 to 2 hours.**

☐ *TAKE NOTICE*
    That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to - Date and Time |
|---|---|---|
| U.S. Courthouse<br>Courtroom 301 (3rd floor)<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

VICKI MILES-LaGRANGE
CHIEF U. S. DISTRICT JUDGE

11/03/2015                    By: *s/ Kathy Spaulding*
DATE                               DEPUTY CLERK

USAO (Gifford; Petermann)
dft counsel (White)
USM (bond)
USPO