# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-14-306-M |
| | ) | |
| MICHAEL DEAN BILLINGS, | ) | Violation:  18 USC § 2423(c) |
| | ) | |
| Defendant. | ) | |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
### (Engaging in Illicit Sexual Conduct in Foreign Places)

From on or about and between January 1, 2011 and continuing to in or about February 21, 2013, in the Western District of Oklahoma; Iquitos, Peru; and elsewhere,

-------------------------------- MICHAEL DEAN BILLINGS,--------------------------------

a citizen of the United States, traveled in foreign commerce, from in or around Oklahoma City, Oklahoma, to in or around Iquitos, Peru, and while in Peru engaged in illicit sexual conduct (as defined in Title 18 of the United States Code, Sections 2423(f) and 2246) with E.R., a Peruvian girl who had not attained 18 years of age and whose identity is known to the Grand Jury.

1

All in violation of Title 18, United States Code, Section 2423(c).

SANFORD C. COATS
United States Attorney

DAVID P. PETERMANN
Assistant U.S. Attorney