**CHANGE OF PLEA MINUTE SHEET**  Date: 11/12/2015
(Courtroom #301)

CR. Case No. CR-14-306-M  United States of America  v. Michael Dean Billings (sworn)
Defendant states true and correct name as: SAME

Commenced: 10:40 a.m.   Ended: 11:15 p.m.   Total Time: 35 minutes

JUDGE Vicki Miles-LaGrange   C.R. DEPUTY Kathy Spaulding   COURT REPORTER Lynn Lee

Counsel for plf: Don Gifford, David Petermann   Counsel for dft: Danny White
Probation Officer: John Williamson, Joel Vandruff

Dft's Age 60.   Counsel appear as above noted. Dft appears in person with counsel.

---

☒ Fully Apprised   ☐ Waives Counsel   ☒ Waives Indictment   ☒ Waives Jury

MAXIMUM PENALTY :

☒ Ct 1 : not more than 30 years; not more than $250,000 fine or both

SUPERVISED RELEASE:

☒ Ct 1 : not less than 5 years.  Any violations could result in an addt'l term of incarceration

☒ SPECIAL ASSESSMENT: $100

☒ ENTERS PLEA OF GUILTY to the one count Superseding Information filed 11/5/2015

☒ Indictment to be dismissed at time of sentencing upon motion of the government.

☒ Plea(s) accepted.   ☒ Referred to Probation Officer.

☒ The Court orders defendant remanded to the custody of U.S.M.