# RETURN OF SERVICE [(1)]

| RECEIVED BY SENDER | DATE | PLACE |
|---|---|---|
| | | 1 |

| SERVED | DATE 10·1·15 | PLACE Via email: mjohnsonmsj@yahoo.com |
|---|---|---|

| SERVED ON (NAME) David Slane c/o Michael Johnson | FEES AND MILAGE TENDERED TO WITNESS [(2)] ☐ YES ☒ NO   AMOUNT $ _____ |
|---|---|

| SERVED BY Amy Karazim | TITLE Legal Assistant |
|---|---|

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER [(2)]

I declare under penalty of perjury under laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10·1·15___
Date

_Amy Karazim_
Signature of Server

210 Park Ave., Ste. 400, OKC
Address of Server

### ADDITIONAL INFORMATION

(1)  As to who may serve a subpoena and the manner of its service see Rule 17 (d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil procedure.
(2)  "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45 (c), Federal Rules of Civil Procedure; Rule 17 (d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"