# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | **NOTICE OF HEARING** |
| v.    ) | |
| ) | Case No.: CR-14-306-M |
| MICHAEL DEAN BILLINGS,    ) | |

**"NOTICE - A PHOTO I.D. IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING"**

Type of Case     ☐ **CIVIL**     ☒ **CRIMINAL**

☒ *TAKE NOTICE* - That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| U.S. Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 304** |
| | **Date and Time**<br>**May 6, 2016 at 1:30 p.m.** |

TYPE OF PROCEEDING

**SENTENCING**

☐ *TAKE NOTICE*
   That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to - Date and Time |
|---|---|---|
| U.S. Courthouse<br>Courtroom 301 (3rd floor)<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

  04/06/2016               By:   *s/ Kathy Spaulding*
DATE                            DEPUTY CLERK

USAO (Gifford; Petermann)
dft counsel (White)
USM (bond)
USPO (Vandruff)