### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-14-306-M |
| ) | |
| MICHAEL BILLINGS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is defendant's Motion to Continue Sentencing, filed April 26, 2016. Upon review of defendant's unopposed motion, and for good cause shown, the Court GRANTS defendant's Motion to Continue Sentencing [docket no. 60] and CONTINUES the sentencing in this matter to Thursday, May 26, 2016 at 10:30 a.m.

**IT IS SO ORDERED this 28th day of April, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE