IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 14-306M |
| | ) | |
| MICHAEL BILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION TO CONTINUE SENTENCING WITH BRIEF IN SUPPORT

Defendant Michael Billings moves this Court to continue the sentencing in this case from its currently scheduled date of May 26, 2016 at 10:30am to a date certain the week of June 27, 2016 or to a later date convenient to the Court. In support of this motion, Defendant would show the Court the following.

### STATEMENT OF THE CASE

A three count indictment was returned and filed in this case on October 22, 2014. This indictment charged Defendant with violations of Title 18 USC Sections 1594, Conspiracy to Commit Sex Trafficking of Children, 2423(e), Conspiracy to Travel with Intent to Engage in Illicit Sexual Conduct, and 2423(e), Conspiracy to Engage in Illicit Sexual Conduct in Foreign Places.

Defendant pled guilty to a one count Information charging a violation of

Title 18 USC Section 2423(c), Engaging in Illicit Sexual Conduct in Foreign Places, on November 12, 2015 and was taken into the custody of the U.S. Marshal. Defendant remains in custody at this time.

A presentence investigation report (PSR) interview was conducted and a final PSR was provided to this Court on March 30, 2016 (Doc. No. 58).

A previous motion to continue the sentencing set for May 6, 2016 was filed and the Court continued the sentencing to May 26, 2016.

## BRIEF IN SUPPORT

There has been one previous motion for continuance of this sentencing requested and granted. As previously noted, Defendant is in custody.

Counsel for both parties met on May 13, 2016 to discuss issues relating to information Mr. Billings has provided and is continuing to provide. The government agreed that Mr. Billings has developed a lead on information which has the potential to result in criminal prosecution of other individuals. In order to maximize this information and for Mr. Billings to get full credit if the information proves worthy, a continuance of the sentencing is desired.

A continuance until the week of June 27, 2016 or later should allow adequate time for the parties to interview witness(es), evaluate the information received, and determine if Mr. Billings should receive further credit towards his sentencing.

Counsel for the government has no objections to this continuance and would join in this motion.

## CONCLUSION

Defendant moves this Court to continue the sentencing in this case from May 26, 2016 to the week of June 27, 2016 or to a later date convenient to this Court.

S/ Daniel L. White
Daniel L. White, OBA # 16969
P.O. Box 94551
Oklahoma City, OK 73143
405 249-9162
danielwhite@for-the-defense.com
Attorney for Defendant Billings

Certificate of Service

I certify that on May 17, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

S/ Daniel L. White
Attorney for Defendant Billings