### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CR-14-306-M |
| | ) |
| MICHAEL BILLINGS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is defendant's Second Motion to Continue Sentencing, filed May 17, 2016. Upon review of defendant's unopposed motion, and for good cause shown, the Court GRANTS defendant's Second Motion to Continue Sentencing [docket no. 62] and CONTINUES the sentencing in this matter to Thursday, June 30, 2016 at 10:30 a.m.

**IT IS SO ORDERED this 18th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE