**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL BILLINGS, )<br>)<br>Defendant. ) | Case No. CR-14-306-M |

## ORDER

Before the Court is defendant's Third Motion to Continue Sentencing, filed June 27, 2016. Upon review of defendant's unopposed motion, and for good cause shown, the Court GRANTS defendant's Third Motion to Continue Sentencing [docket no. 64] and CONTINUES the sentencing in this matter to Wednesday, October 5, 2016 at 10:30 a.m.[1]

**IT IS SO ORDERED this 28th day of June, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] This is the third continuance of the sentencing in this matter. The Court will not be inclined to grant any further continuances in this matter.