IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 14-306M |
| | ) | |
| MICHAEL BILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

## FOURTH MOTION TO CONTINUE SENTENCING WITH BRIEF IN SUPPORT

Defendant Michael Billings moves this Court to continue the sentencing in this case from its currently scheduled date of October 5, 2016 at 10:30am to a date certain, preferably the week of November 7 – 10, 2016, if that time is convenient to the Court. In support of this motion, Defendant would show the Court the following.

### STATEMENT OF THE CASE

A three count indictment was returned and filed in this case on October 22, 2014. This indictment charged Defendant with violations of Title 18 USC Sections 1594, Conspiracy to Commit Sex Trafficking of Children, 2423(e), Conspiracy to Travel with Intent to Engage in Illicit Sexual Conduct, and 2423(e), Conspiracy to Engage in Illicit Sexual Conduct in Foreign Places.

Defendant pled guilty to a one count Information charging a violation of Title 18 USC Section 2423(c), Engaging in Illicit Sexual Conduct in Foreign Places, on November 12, 2015 and was taken into the custody of the U.S. Marshal. Defendant remains in custody at this time.

A presentence investigation report (PSR) interview was conducted and a final PSR was provided to this Court on March 30, 2016 (Doc. No. 58).

A previous motion to continue the sentencing set for May 6, 2016 was filed and the Court continued the sentencing to May 26, 2016. Following this, a second motion to continue sentencing was filed and the Court set a date of June 30, 2016. This Court granted a third motion to continue sentencing and set the date for October 5, 2016.

## BRIEF IN SUPPORT

There have been three previous motions for continuance of this sentencing requested and granted. As previously noted, Defendant is in custody.

The third motion to continue sentencing was requested in order for the parties to continue to see if Mr. Billings could provide any more information to the government. The parties have received this information and have discussed it. Additionally, counsel for both parties have been in discussions in order to resolve as many issues as possible in order to facilitate the sentencing hearing. The parties would prefer to have all issues resolved so the Court does not have to conduct a

formal adversarial hearing and rule on objections. The parties feel they are close to this goal. However, until this goal of an uncontested sentencing is achieved, Mr. Billings needs to prepare and have an expert available to testify on his behalf. The expert Mr. Billings needs to testify is not available for the October 5, 2016 sentencing hearing. Counsel has talked to the expert and this person will be available any day of the week of November 7 – 10, 2016.

Counsel for the government has no objections to this continuance and would join in this motion.

## CONCLUSION

Defendant moves this Court to continue the sentencing in this case from October 5, 2016 to a date during the week of November 7 – 10, 2016, or to a date convenient to the Court.

S/ Daniel L. White
Daniel L. White, OBA # 16969
P.O. Box 94551
Oklahoma City, OK 73143
405 249-9162
danielwhite@for-the-defense.com
Attorney for Defendant Billings

Certificate of Service

I certify that on September 28, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

S/ Daniel L. White
Attorney for Defendant Billings