**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | |
| Plaintiff,                     ) | |
|                                ) | |
| vs.                            ) | Case No. CR-14-306-M |
|                                ) | |
| MICHAEL BILLINGS,              ) | |
|                                ) | |
| Defendant.                     ) | |

## ORDER

Before the Court is defendant's Fourth Motion to Continue Sentencing, filed September 28, 2016. Upon review of defendant's unopposed motion, and for good cause shown, the Court GRANTS defendant's Fourth Motion to Continue Sentencing [docket no. 66] and CONTINUES the sentencing in this matter to Thursday, November 10, 2016 at 1:30 p.m.

**IT IS SO ORDERED this 30th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE