# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NOTICE OF** |
| | ) | **RESCHEDULED HEARING** |
| vs | ) | |
| | ) | Case No.: CR-14-306-M |
| MICHAEL DEAN BILLINGS, | ) | |

Type of Case:   ☐ **CIVIL**   ☒ **CRIMINAL**

☐ *TAKE NOTICE*
   That a proceeding in this case has been scheduled for the place, date and time set forth below:

| **Place** | **Room No.** |
|---|---|
| | |
| | **Date and Time** |
| | |

TYPE OF PROCEEDING:

## SENTENCING

☒ *TAKE NOTICE*
   That the proceeding in this case has been rescheduled as indicated below:

| **Place** | **Date and Time Previously Scheduled** | **Continued to** (**Date and Time**) |
|---|---|---|
| U.S. Courthouse | | |
| Courtroom No. 304 | | |
| 200 N.W. 4th Street | November 10, 2016 | December 15, 2016 |
| Oklahoma City, OK 73102 | at 1:30 p.m. | at 1:30 p.m. |

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

 11/01/2016                                            By:   *s/Kathy Spaulding*
DATE                                                                 Deputy Clerk

USAO (Gifford; Petermann)
dft counsel (White)
USM (custody)
USPO (Vandruff)