## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NOTICE OF** |
| | ) | **RESCHEDULED HEARING** |
| vs | ) | |
| | ) | Case No.: CR-14-306-M |
| MICHAEL DEAN BILLINGS, | ) | |

Type of Case:   ☐ **CIVIL**   ☒ **CRIMINAL**

☐ *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

| **Place** | **Room No.** |
|---|---|
| | |
| | **Date and Time** |
| | |

TYPE OF PROCEEDING:

### SENTENCING

☒ *TAKE NOTICE*
That the proceeding in this case has been rescheduled as indicated below:

| **Place** | **Date and Time Previously Scheduled** | **Continued to** (**Date and Time**) |
|---|---|---|
| U.S. Courthouse<br>Courtroom No. 304<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | December 15, 2016<br>at 1:30 p.m. | December 21, 2016<br>at 10:00 a.m. |

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

  11/29/2016  
DATE

By:   s/*Kathy Spaulding*
            Deputy Clerk

USAO (Gifford; Petermann)
dft counsel (White)
USM (custody)
USPO (Vandruff)