# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. <u>CR-14-306-M</u> |
| ) | |
| MICHAEL DEAN BILLINGS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

NOW on this \_\_\_21st\_\_\_ day of December 2016, on Motion of the plaintiff, United States of America, to dismiss the Indictment returned herein on October 22, 2014, as to the defendant, **Michael Dean Billings**, for the reason that such action would best serve the ends of justice in view of the defendant, **Michael Dean Billings**, having entered a plea of guilty to a one-count Superseding Information,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Indictment returned herein on October 22, 2014, as to defendant, **Michael Dean Billings**, be and the same is hereby dismissed.

_____
VICKI MILES-LaGRANGE
United States District Judge