United States District Court for the Western
District of Oklahoma
File Number CR-14-00306-001-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| MICHAEL DEAN BILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Michael Dean Billings, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Criminal Case entered in this action on the 22nd day of December, 2016, sentencing Defendant to a term of imprisonment of one hundred sixty-eight (168) months in the United States Bureau of Prisons for violation of 18 U.S.C. § 2423(c) for the offense of illicit sexual conduct in foreign places.

Respectfully submitted,

/s H. Craig Pitts
H. Craig Pitts, OBA #16291
Larry E. Finn, OBA #31551
RUBENSTEIN & PITTS, P.L.L.C.
1503 E. 19th Street
Edmond, Oklahoma 73013
Phone:     405-340-1900
Fax:        405-340-1001
cpitts@oklawpartners.com
lfinn@oklawpartners.com
*Attorneys for Defendant Michael Dean Billings*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of January, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| David P. Petermann | Robert D. Gifford, II |
| US Attorney's Office-OKC | Gungoll Jackson Box & Devoll-OKC |
| 210 W Park Ave, Suite 400 | 101 Park Avenue, Suite 1400 |
| Oklahoma City, OK 73102 | Oklahoma City, OK 73102 |
| 405-553-8700 | 405-272-4710 |
| 405-231-5876 (fax) | 405-272-5141 (fax) |
| david.petermann@usdoj.gov | Gifford@GungollJackson.com |
| *Attorney for Plaintiff United States of America* | *Attorney for Plaintiff United States of America* |

                /s H. Craig Pitts