### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR-14-00306-001-M |
| | ) | |
| MICHAEL DEAN BILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

### **ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Michael Dean Billings.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Dated this the 10th day of January, 2017.

                                          Respectfully submitted,

                                          _____
                                          H. Craig Pitts, OBA #16291
                                          Larry E. Finn, OBA #31551
                                          RUBENSTEIN & PITTS, P.L.L.C.
                                          1503 E. 19th Street
                                          Edmond, Oklahoma 73013
                                          Phone:     405-340-1900
                                          Fax:        405-340-1001
                                          cpitts@oklawpartners.com
                                          lfinn@oklawpartners.com
                                          *Attorneys for Defendant Michael Dean Billings*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of January, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| David P. Petermann | Robert D. Gifford, II |
| US Attorney's Office-OKC | Gungoll Jackson Box & Devoll-OKC |
| 210 W Park Ave, Suite 400 | 101 Park Avenue, Suite 1400 |
| Oklahoma City, OK 73102 | Oklahoma City, OK 73102 |
| 405-553-8700 | 405-272-4710 |
| 405-231-5876 (fax) | 405-272-5141 (fax) |
| david.petermann@usdoj.gov | Gifford@GungollJackson.com |
| *Attorney for Plaintiff United States of America* | *Attorney for Plaintiff United States of America* |

_____