Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500058421
Cashier ID: mliston
Transaction Date: 01/10/2017
Payer Name: Cindy Bentley
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Michael Dean Billings
 Case/Party: D-OKW-5-14-CR-000306-001
 Amount:        $505.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Return check fee $53