# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  CR-14-306-M |
| | ) | |
| MICHAEL D. BILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the plaintiff, United States of America, by Mark A. Yancey, United States Attorney for the Western District of Oklahoma, through David P. Petermann, Assistant United States Attorney, and requests this Court approve the withdrawal of Robert Don Gifford, II as attorney of record in the above-styled case pursuant to LCvR 83.5 and LCrR 57.2(a).

In support of this motion, the United States would inform the Court that Robert Don Gifford, II is no longer employed by the United States Attorney's Office for the Western District of Oklahoma.  Additionally, the undersigned Assistant U.S. Attorney has entered an appearance in this case and will continue as attorney of record for the United States in this matter.

WHEREFORE, it is requested that this Court enter an Order permitting the withdrawal of Robert Don Gifford, II as attorney of record in this case.

Respectfully submitted,

MARK A. YANCEY
United States Attorney


s/DAVID P. PETERMANN
DAVID P. PETERMANN
Assistant U.S. Attorney
Bar Number: OH 0071332
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8855 (Office)
(405) 553-8888 (Fax)
David.Petermann@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I served the attached document by United States Certified Mail on the following, who are not registered participants of the ECF System:
Daniel L. White

s/DAVID P. PETERMANN
Assistant U.S. Attorney

2