# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CR-14-306-M |
| | ) |
| MICHAEL D. BILLINGS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion to Withdraw as Attorney of Record, filed January 27, 2017. Upon review of the motion, the Court GRANTS the Motion to Withdraw as Attorney of Record [docket no. 84] and ORDERS that Robert Don Gifford, II be withdrawn as counsel of record for plaintiff in the above-entitled cause.

**IT IS SO ORDERED this 30th day of January, 2017.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE