**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-14-306-M |
| ) | |
| MICHAEL DEAN BILLINGS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's Motion for Extension of Time to Appeal Pursuant to Fed. R. App. P. 4(b)(4), filed January 25, 2017. Upon review of defendant's motion, and for good cause shown, the Court GRANTS defendant's Motion for Extension of Time to Appeal Pursuant to Fed. R. App. P. 4(b)(4) [docket no. 83] and EXTENDS defendant's time to appeal to February 2, 2017.

**IT IS SO ORDERED this 31st day of January, 2017.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE