**PART I - To be completed by appellant within ten days of filing the notice of appeal.**

Short Title: USA v. Michael Dean Billings    District: Western
District Court Number: 5:14-CR-00306-M-1    Circuit Court Number: 17-6004
Name of Attorney: Larry E. Finn
  Name of Law Firm: Rubenstein & Pitts, P.L.L.C.
  Address of Firm: 1503 E. 19th Street, Edmond, OK 73013
  Telephone of Firm: 405-340-1900    Attorneys for: Michael Dean Billings
Name of Court Reporter: Sherri Grubbs    Telephone of Reporter: _____

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
☐ A transcript is not necessary for this appeal, or
☐ The necessary transcript is already on file in District Court
☐ The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire: _____; Opening Statements: _____;
Trial proceedings: _____; Instruction Cnf: _____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: Transcript of sentencing on 12/21/16.
(Attach additional pages if necessary)

☑ Appellant will pay the cost of the transcript.
My signature on this form is my agreement to pay for the transcript ordered on this form.

☐ This case is proceeding under the Criminal Justice Act.
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: _____    Date: February 8, 2017

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 2-24-17
Estimated completion date: 3-24-17
Estimated number of pages: 40
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Sherri Grubbs    Date: 2/24/17