FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 19, 2017**

Elisabeth A. Shumaker  
Clerk of Court

───────────────────────────

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

MICHAEL DEAN BILLINGS,

   Defendant - Appellant.

No. 17-6004  
(D.C. No. 5:14-CR-00306-M-1)  
(W.D. Okla.)

───────────────────────────

**ORDER**

───────────────────────────

This matter is before the court on appellant's motion to dismiss the captioned appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk