## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 19, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Steven W. Creager
Office of the United States Attorney
Western District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

Mr. Larry Elmer Finn
Mr. Herman Craig Pitts
Rubenstein & Pitts
1503 East 19th Street
Edmond, OK 73013

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:      17-6004, United States v. Billings**
            Dist/Ag docket: 5:14-CR-00306-M-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Appellate Case: 17-6004     Document: 01019813213     Date Filed: 05/19/2017     Page: 2

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls