# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CR-14-306-M |
| MICHAEL DEAN BILLINGS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the government's Second Motion for Extension of Time to Respond to Defendant's Motion under 28 U.S.C. § 2255 to Vacate Set Aside or Correct Sentence by Person in Federal Custody, filed March 9, 2018. Upon review of the government's motion, and for good cause shown, the Court GRANTS the government's Second Motion for Extension of Time to Respond to Defendant's Motion under 28 U.S.C. § 2255 to Vacate Set Aside or Correct Sentence by Person in Federal Custody [docket no. 100]. The government shall file its response to defendant's § 2255 motion on or before May 14, 2018.

**IT IS SO ORDERED this 9th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE