# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Respondent, | ) |
| | ) |
| vs. | )   Case No. CR-14-306-M |
| | ) |
| MICHAEL DEAN BILLINGS, | ) |
| | ) |
| Defendant-Movant. | ) |

## ORDER

Before the Court is defendant-movant's Formal Motion in Request for Continuance with Consideration for Extension of Time to File a Traverse All Based upon Scheduling Conflicts Associated with Prison Lock-Downs, filed July 11, 2018.  Upon review of defendant-movant's motion, the Court GRANTS defendant-movant's Formal Motion in Request for Continuance with Consideration for Extension of Time to File a Traverse All Based upon Scheduling Conflicts Associated with Prison Lock-Downs [docket no. 104].  Defendant-movant shall file his reply to the government's response to his § 2255 motion on or before August 10, 2018.

**IT IS SO ORDERED this 12th day of July, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE